8390. WALKER *v.* O'NEAL *et al.*

BLOODWORTH, J.  1. No error was committed in overruling the demurrer to the petition.

2. This suit was not on a quantum meruit, but on an express contract for commissions for a fixed amount, to wit, $250; hence it was error, warranting the grant of a new trial, for the court, over proper and timely objections, to allow evidence that the services of the plaintiffs in procuring a purchaser for the property were "reasonably worth the sum of $100, and that the usual commission allowed real-estate agents was five per cent."

*Judgment reversed. Broyles, P. J., and Luke, J., concur. Luke, J., was designated in place of Harwell, J., who was disqualified.*

DECIDED JANUARY 21, 1918.

Complaint; from city court of LaGrange—Judge Harwell. December 21, 1917.

*M. U. Mooty,* for plaintiff in error.

*Duke Davis, Hatton Lovejoy,* contra.